| | |
|---|---|
| 1 | Dana N. Gwaltney, SBN 209530 |
| | Sara J. Romano, SBN 227467 |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | 333 Bush Street, Suite 600 |
| 3 | San Francisco, California  94104 |
| | Telephone:    (415) 544-1900 |
| 4 | Facsimile:    (415) 391-0281 |

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| RANDAL NOTESTINE, | Case No. 2:06-cv-1945 WBS DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |
| GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; RIDEOUT MEMORIAL HOSPITAL; and Does 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint in this action should be extended.  Defendants seek to transfer this case to the Multi-District Litigation proceeding established in the United States District Court, District of Minnesota ("MDL court"), and Plaintiff has indicated that he will soon be filing a motion to remand this case to state court. Accordingly, the following deadlines will be modified as follows:

1  The deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint
2  shall be as follows:
3     (a)  if the case is not remanded to state court, and is transferred to the MDL court, any
4  response will be due pursuant to a deadline set by the MDL court;
5     (b)  if the case is not remanded and also is not transferred to the MDL court, any response
6  will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or
7     (c)  if the case is remanded, any response will be due thirty (30) days after the remand
8  decision by this Court.
9     The parties also stipulate that the November 20, 2006, status conference will be continued for
10 sixty (60) days until January 29, 2007 at 9:00 a.m.  All other deadlines will be set pursuant to
11 Federal and local rule.
12    IT IS SO STIPULATED.

DATED: September 6, 2006          Respectfully submitted,

                                  SHOOK, HARDY & BACON L.L.P.


                                  By:    /s/ Dana N. Gwaltney
                                       DANA N. GWALTNEY
                                       SARA J. ROMANO

                                  Attorneys for Defendants
                                  GUIDANT CORPORATION, GUIDANT SALES
                                  CORPORATION, CARDIAC PACEMAKERS, INC.
                                  and BOSTON SCIENTIFIC CORPORATION


DATED: September 6, 2006          Respectfully submitted,

                                  GILLIN, JACOBSON, ELLIS & LARSEN


                                  By:    /s/ Kristin Lucey
                                       LUKE ELLIS
                                       KRISTIN LUCEY

                                  Attorneys for Plaintiff
                                  RANDAL NOTESTINE

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 . Pursuant to stipulation, IT IS SO ORDERED.

3

4 Dated: September 7, 2006

5

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com