Dana N. Gwaltney, SBN 209530
Sara J. Romano, SBN 227467
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104
Telephone:   (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| RANDAL NOTESTINE,<br><br>            Plaintiff,<br><br>     v.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; RIDEOUT MEMORIAL HOSPITAL; and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:06-cv-1945 WBS DAD<br><br>STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint in this action should be extended.  Defendants seek to transfer this case to the Multi-District Litigation proceeding established in the United States District Court, District of Minnesota ("MDL court"), and Plaintiff has indicated that he will soon be filing a motion to remand this case to state court. Accordingly, the following deadlines will be modified as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1  The deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint shall be as follows:

   (a) if the case is not remanded to state court, and is transferred to the MDL court, any response will be due pursuant to a deadline set by the MDL court;

   (b) if the case is not remanded and also is not transferred to the MDL court, any response will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or

   (c) if the case is remanded, any response will be due thirty (30) days after the remand decision by this Court.

   The parties also stipulate that the November 20, 2006, status conference will be continued for sixty (60) days until January 29, 2007 at 9:00 a.m.  All other deadlines will be set pursuant to Federal and local rule.

   IT IS SO STIPULATED.

DATED: September 6, 2006          Respectfully submitted,

                                  SHOOK, HARDY & BACON L.L.P.


                                  By:     /s/ Dana N. Gwaltney
                                        DANA N. GWALTNEY
                                        SARA J. ROMANO

                                  Attorneys for Defendants
                                  GUIDANT CORPORATION, GUIDANT SALES
                                  CORPORATION, CARDIAC PACEMAKERS, INC.
                                  and BOSTON SCIENTIFIC CORPORATION


DATED: September 6, 2006          Respectfully submitted,

                                  GILLIN, JACOBSON, ELLIS & LARSEN


                                  By:      /s/ Kristin Lucey
                                        LUKE ELLIS
                                        KRISTIN LUCEY

                                  Attorneys for Plaintiff
                                  RANDAL NOTESTINE

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 7, 2006

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com